UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-CV-02669-JGB (SK) | Date | May 25, 2017 |
|---|---|---|---|
| Title | Charles A. Daniels v. C. Lopez Flores, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On April 4, 2017, Defendant J. Martinez filed a Motion for Summary Judgment based on Plaintiff's failure to exhaust administrative remedies. (ECF No. 28). The Court ordered that Plaintiff file his Opposition by May 4, 2017. (ECF No. 32). As of the date of this Order, Plaintiff has not submitted an Opposition or request for extension of time in which to file it.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **June 23, 2017** why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this order by submitting an Opposition, with a Statement of Genuine Disputes and any accompanying declarations or other evidence, by **June 23, 2017**.

**Plaintiff is advised that failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders.** *See* Fed. R. Civ. P. 41(b); Local Rule 41-1. If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal."

The Clerk is directed to attach a Notice of Dismissal Form (CV-009) to this Order, as well the *Rand* notice.