# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. DANIELS, <br>     Plaintiff, <br> v. <br> C. LOPEZ FLORES, ET AL. <br>     Defendants. | CASE NO. 2:16-cv-02669-SK <br><br> **JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, **IT IS ADJUDGED** that the action is hereby dismissed.[1]

DATED: September 29, 2017

                                      HON. STEVE KIM
                                      U.S. MAGISTRATE JUDGE

---

[1] All parties have consented under 28 U.S.C. § 636(c)(1) to proceed before the undersigned U.S. Magistrate Judge for all proceedings in this case, including entry of judgment. (ECF Nos. 17, 36, 38).